# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA :

vs. : CRIMINAL NO.: 17-00084-WS-MU

BYRON KEITH SLEDGE :

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 29) and without any objection having been filed by the parties, Defendant's plea of guilty to Count(s) One of the Indictment is now accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled for **October 19, 2017, at 11:00 a.m., in Courtroom 2A**.

**DONE and ORDERED** this 25th day of August, 2017.

                                                       s/WILLIAM H. STEELE  
                                                       UNITED STATES DISTRICT JUDGE